IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al., | : | Bankruptcy Case No. 02-10429-JKF |
| Debtors. | : | |
| PENSION BENEFIT GUARANTY CORP., | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-145-JJF |
| KAISER ALUMINUM CORPORATION, et al., | : | |
| Appellees. | : | |

### O R D E R

At Wilmington, this 30 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Bankruptcy Court's February 5, 2004 Order assessing and approving the distress termination of the Debtors' plans and authorizing implementation of a replacement plan is AFFIRMED.

UNITED STATES DISTRICT JUDGE