IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: KAISER ALUMINUM CORPORATION, et al., Debtors. | ) ) ) Bankr. No. 02-10429 (JKF) |

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORP., Appellant, v. KAISER ALUMINUM CORPORATION, et al., Appellees. | ) ) ) ) Civ. No. 04-145 (JJF) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Pension Benefit Guaranty Corporation ("PBGC"), pursuant to Fed. R. App. P. 3(a) and 6(b), appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order, entered in this action on the 30th day of March, 2005, affirming the Bankruptcy Court's order finding that the Debtors satisfied the Reorganization Test under 29 U.S.C. § 1341(c)(2)(B)(ii)(IV) with respect to certain defined benefit pension plans, entered on February 5, 2004. PBGC is a wholly-owned United States government corporation established under 29 U.S.C. § 1302.

Dated this 25 day of May, 2005.

Respectfully submitted

KATHLEEN M. MILLER (2898)
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899
Delaware Bar #2898

JEFFREY B. COHEN
Chief Counsel
CHARLES L. FINKE
Associate Chief Counsel

{10002693.DOC}

(302) 652-8400 (phone)  
(302) 652-8405 (facsimile)  
kmiller@skfdelaware.com

Senior Counsel  
JAMES L. EGGEMAN  
Attorney  
JOEL W. RUDERMAN  
Attorney

PENSION BENEFIT GUARANTY CORPORATION  
Office of Chief Counsel  
1200 K Street, N.W.  
Washington, D.C.  20005-4026  
(202) 326-4020 (phone)  
(202) 326-4112 (facsimile)  
efile@pbgc.gov

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Kaiser Aluminum & Chemical Corporation, et al.**

Daniel J. DeFranceschi  
Paul N. Heath  
Richards, Layton & Finger  
One Rodney Square  
Wilmington, Delaware 19899  
Phone:  (302) 651-7700

Gregory M. Gordon  
Daniel P. Winikka  
Jones Day  
2727 North Harwood Street  
Dallas, Texas 75201  
Phone: (214) 220-3939

**The Office of the United States Trustee**

Frank J. Perch, III  
US Trustee  
844 King Street  
Lockbox 35  
Room 2313  
Wilmington, DE 19801

{10002693.DOC}