## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th** day of **May, 2005**, two copies of the foregoing *Notice of Appeal* was served on the following parties by first class mail:

Attorneys for Debtors:

Daniel J. DeFranceschi
Paul N. Heath
Richards, Layton & Finger
One Rodney Square
Wilmington, Delaware 19899

Gregory M. Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, Texas 75201

Frank J. Perch, III
US Trustee
844 King Street
Lockbox 35
Room 2313
Wilmington, DE 19801

Kathleen M. Miller

10003100.WPD