IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: KAISER ALUMINUM CORPORATION, et al., Debtors.

_____

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORP., <br><br> Appellant, <br><br> v. <br><br> KAISER ALUMINUM CORPORATION, et al., <br><br> Appellees. | Civ. No. 04-145 (JJF) <br><br> Bankr. No. 02-10429 (JKF) |

**APPELLANT PENSION BENEFIT GUARANTY CORPORATION'S
DESIGNATION OF ITEMS ON APPEAL AND STATEMENT OF ISSUE**

**Designation of the Record**

1. D.I. 1 – Notice of Appeal by Pension Benefit Guaranty Corporation ("PBGC") of the Order of the Bankruptcy Court entered on February 5, 2004 by the Honorable Judith K. Fitzgerald

2. D.I. 2 – Designation by PBGC of record on appeal.

3. D.I. 3 – Designated Record by PBGC of record on appeal (items 3,7,8 and 9 SEALED)

4. D.I. 4 – Designation and Designated Record by Kaiser Aluminum, Kaiser Center Inc. of record on appeal (items 5, 10, 11, 12, 13, and 14 SEALED)

5. D.I. 7 – Appellant's Opening Brief by PBGC (SEALED)

6. D.I. 8 – Appendix to Brief Filed by PBGC (SEALED)

7. D.I. 9 – Brief of Appellees by Kaiser Aluminum Corp. et al. (SEALED)

8. D.I. 10 – Appendix to Brief Filed by Kaiser Aluminum Corp. et al. (SEALED)

9.     D.I. 11 – Appendix to Brief Filed by Kaiser Aluminum Corp. et al. (SEALED)

10.    D.I. 15 – Appellant's Reply Brief by PBGC (SEALED)

11.    D.I. 16 – Memorandum Opinion re: D.I. # 17, signed on March 30, 2005, by the Honorable Joseph J. Farnan, Jr.

12.    D.I. 17 – Order signed on March 30, 2005, by the Honorable Joseph J. Farnan, Jr.

13.    D.I. 18 – Notice of Appeal of Opinion and Order filed by PBGC

### Statement of Issue

Whether the District Court erred in affirming the Bankruptcy Court's determination that Kaiser Aluminum Corporation et al. (the "Debtors") satisfied the reorganization test under 29 U.S.C. § 1341(c)(2)(B)(ii)(IV) with respect to certain plans sponsored by the Debtors.

**Request for Transcript**

No transcript will be ordered.

Dated: June 9, 2005											Respectfully submitted,

/s/ Kathleen M. Miller
KATHLEEN M. MILLER (2898)
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899
302-652-8400 - phone
302-652-8405 - fax
kmiller@skfdelaware.com

–and–

/s/ James L. Eggeman
JEFFREY B. COHEN
Chief Counsel
CHARLES L. FINKE
Associate Chief Counsel
JAMES L. EGGEMAN
Attorney
JOEL W. RUDERMAN
Attorney

PENSION BENEFIT GUARANTY
CORPORATION
Office of Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
(202) 326-4020 - phone
(202) 326-4112 - fax