**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2005, a true copy of APPELLANT PENSION BENEFIT GUARANTY CORPORATION'S DESIGNATION OF ITEMS ON APPEAL AND STATEMENT OF ISSUE was served on each individual listed on the court's electronic filing system and by first class mail on the following persons:

Daniel J. DeFranceschi
Paul N. Heath
Richards, Layton & Finger
One Rodney Square
Wilmington, Delaware 19899
Phone: (302) 651-7700
FAX: (302) 651-7701

Gregory M. Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
Phone: (214) 220-3939
FAX: (214) 969-5100
(Attorneys for Debtors)

William P. Bowden
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE  19899
Telephone: 302-654-1888
Telecopy: 302-654-2067

Lisa Beckerman
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Telephone: 212-872-1000
Telecopy: 212-872-1002
(Attorneys for Official Committee of Unsecured Creditors)

Frank J. Perch
Office of the United States Trustee
844 King Street, Suite 2313 Lockbox 35
Wilmington, DE 19801

/s/ Kathleen M. Miller