UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2695

IN RE: KAISER ALUMINUM CORPORATION,
Debtor

Pension Benefit Guaranty Corporation,
Appellant

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 04-cv-00145)
District Judge: Honorable Joseph J. Farnan, Jr.

Argued April 3, 2006

Before: RENDELL, SMITH and ALDISERT, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on April 3, 2006. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 30, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron, Clerk

Dated: July 26, 2006

Certified as a true copy and issued in lieu of a formal mandate on 8/17/06

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit