REVIEWED
By Larisha Davis at 4:04 pm, Jun 19, 2007

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00145-JJF
### Internal Use Only

In Re: Kaiser Aluminum etal v. , et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Case in other court: Third Circuit, 05-02695
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 03/08/2004
Date Terminated: 03/30/2005
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**

**Kaiser Aluminum etal**  represented by  **Daniel J. DeFranceschi**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Fax: 302 651 7701
Email: defranceschi@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**Pension Benefit Guaranty Corporation**  represented by  **Kathleen M. Miller**
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Email: kmiller@skfdelaware.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Kaiser Aluminum & Chemical Corporation**  represented by  **Daniel J. DeFranceschi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Kaiser Center Inc.**  represented by  **Daniel J. DeFranceschi**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Frank J. Perch, III**            represented by   **Frank J. Perch, III**
U.S. Trustee
844 King Street, Lockbox 35
Room 2313
Wilmington, DE 19801
(302) 573-6491
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2004 | 1 | NOTICE OF APPEAL by Pension Benefit Corp of the Order of the Bankruptcy Court entered on 2/5/04 by the Honorable Judith K. Fitzgerald. Fee Status: EXEMPT (dab) (Entered: 03/09/2004) |
| 03/08/2004 | 2 | DESIGNATION by Pension Benefit Corp of record on appeal (dab) (Entered: 03/09/2004) |
| 03/08/2004 | 3 | DESIGNATED RECORD by Pension Benefit Corp of record on appeal (items 3,7,8, and 9 SEALED) (dab) Modified on 03/09/2004 (Entered: 03/09/2004) |
| 03/08/2004 | 4 | DESIGNATION and Designated Record by Kaiser Aluminum, Kaiser Center Inc. of record on appeal (one binder w/items 1-14; items 5, 10, 11, 12, 13 and 14 SEALED) (dab) (Entered: 03/09/2004) |
| 03/08/2004 | 5 | NOTICE of docketing bankruptcy record on appeal. Appellant's brief due 3/23/04 for Pension Benefit Corp (dab) (Entered: 03/09/2004) |
| 03/17/2004 | 6 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 03/17/2004) |
| 03/18/2004 |  | (Court only) **Remove appeal flag - no further appeals pending (ssb) (Entered: 03/18/2004) |
| 03/23/2004 | 7 | Appellant's Opening BRIEF by Pension Benefit Corp . Appellee's brief due 4/7/04 for Kaiser Center Inc., for Kaiser Aluminum. (SEALED) (afb) Modified on 03/24/2004 (Entered: 03/24/2004) |
| 03/23/2004 | 8 | Appendix to Brief Filed by Pension Benefit Corp Appending [7-1] appellant's brief (SEALED) (afb) (Entered: 03/24/2004) |
| 04/12/2004 | 9 | Brief of Appellees by Kaiser Aluminum Corp. et al. Appellant's reply brief due 4/22/04 for Pension Benefit Corp (SEALED) (afb) Modified on 04/23/2004 (Entered: 04/13/2004) |
| 04/12/2004 | 10 | Appendix to Brief Filed by Kaiser Aluminum Corp. et al. Appending [9-1] appellee's brief (SEALED) (afb) Modified on 04/23/2004 (Entered: 04/13/2004) |

| Date | # | Description |
|---|---|---|
| 04/12/2004 | 11 | Appendix to Brief Filed by Kaiser Aluminum Corp. et al. Appending [9-1] appellee's brief. (Exh. 1 and 2 - Docs. Filed Separately Under SEAL) (afb) (Entered: 04/13/2004) |
| 04/13/2004 | 12 | AFFADAVIT OF SERVICE by Kaiser Aluminum re: (1) Brf. of Appellees Kaiser Aluminum Corp.; (2) Apdx. to Brf. of Appellees Kaiser Aluminum Corp. (afb) (Entered: 04/14/2004) |
| 04/13/2004 | 13 | UNOPPOSED MOTION by Kaiser Aluminum with Proposed Order to Place All Briefs Under Seal re: [13-1] motion (afb) (Entered: 04/14/2004) |
| 04/21/2004 |  | So Ordered granting [13-1] motion to Place All Briefs Under Seal ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 04/22/2004) |
| 04/22/2004 | 14 | AFFIDAVIT of Svc. by Kaiser Center Inc. re: Order Placing All Brfs. Under Seal. (afb) (Entered: 04/23/2004) |
| 04/23/2004 | 15 | Appellant's REPLY BRIEF by Pension Benefit Corp . (SEALED) (afb) (Entered: 04/26/2004) |
| 03/30/2005 | 16 | MEMORANDUM OPINION re: DI # 17. Signed by Judge Joseph J. Farnan, Jr. on 03/30/05. (afb, ) (Entered: 03/30/2005) |
| 03/30/2005 | 17 | ORDER that the Bankruptcy Court's February 5, 2004 Order assessing and approving the distress termination of the Debtors' plans and authorizing implementation of a replacement plan is AFFIRMED. Signed by Judge Joseph J. Farnan, Jr. on 03/30/05. (afb, ) (Entered: 03/30/2005) |
| 03/30/2005 |  | CASE CLOSED per DI #16 & #17. (afb, ) (Entered: 03/30/2005) |
| 03/30/2005 |  | (Court only) ***Set Closed Case Flag (rbe, ) (Entered: 06/13/2005) |
| 05/25/2005 | 18 | NOTICE OF APPEAL of 16 Opinion, 17 Order,. Appeal filed by Pension Benefit Guaranty Corporation. Time of Filing: 10:08 a.m.. (Attachments: # 1 Certificate of Sservice)(Miller, Kathleen) (Entered: 05/25/2005) |
| 05/25/2005 |  | USCA Appeal Fees received: $ 255, receipt number 139390 re 18 Notice of Appeal (Third Circuit) filed by Pension Benefit Guaranty Corporation. (afb, ) (Entered: 05/26/2005) |
| 06/08/2005 | 19 | NOTICE of Docketing Appeal from USCA for the Third Circuit re 18 Notice of Appeal (Third Circuit) filed by Pension Benefit Guaranty Corporation. USCA Case Number 05-2695. USCA Case Manager: Carolyn Hicks (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (Attachments: # (1))(Burr, Gayle) (Entered: 06/08/2005) |
| 06/09/2005 | 20 | STATEMENT *Appellant Pension Benefit Guaranty Corporation's Designation of Items on Appeal and Statement of Issue* by Pension Benefit Guaranty Corporation. (Attachments: # 1 Certificate of Service) (Miller, Kathleen) (Entered: 06/09/2005) |
| 08/17/2006 | 21 | MANDATE of USCA as to 18 Notice of Appeal (Third Circuit) filed by Pension Benefit Guaranty Corporation,. USCA Decision: affirmed. |