**JJF Sealed Documents to be returned to Plantiff/Plantiff Aty.**

| Case # | DI # | Contact Info. | Contact Y/N | Claimed |
|---|---|---|---|---|
| **01-11** | 48<br>60<br>61<br>65<br>66<br>77<br>78<br>80<br>81<br>82<br>89<br>91<br>103<br>108<br>121<br>148<br>149<br>150<br>158<br>169<br>183 | **Mary B. Graham**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: mbgefiling@mnat.com | | |

| | | | | |
|---|---|---|---|---|
| **01-127** | 68<br>145<br>145<br>147<br>148<br>149<br>150<br>151<br>157<br>168<br>169<br>177<br>197<br>200<br>235<br>236<br>237<br>250<br>251<br>252<br>253<br>254<br>267<br>310<br>311<br>320<br>327<br>3285 | **Arthur G. Connolly, III**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>Email: aconnollyIII@cblh.com | | |

| | | | | |
|---|---|---|---|---|
| **03-209** | 48<br>72<br>81<br>118<br>120<br>121<br>122<br>129<br>134<br>137<br>142<br>173<br>175<br>176<br>179<br>180<br>191<br>192<br>193<br>194<br>195<br>196<br>197<br>198<br>199<br>206<br>207<br>209<br>208<br>210<br>211<br>212<br>219<br>224<br>226<br>240<br>241 | **Rudolf E. Hutz**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>Fax: (302) 658-5614<br>Email: rhutz@cblh.com<br><br>DI # 191 May be claimed by either party | | |

| **03-508** | 304 | **Josy W. Ingersoll** | | |
| | 305 | Young, Conaway, Stargatt & Taylor | | |
| | 307 | The Brandywine Building | | |
| | 308 | 1000 West Street, 17th Floor | | |
| | 325 | P.O. Box 391 | | |
| | 326 | Wilmington, DE 19899-0391 | | |
| | 327 | (302) 571-6600 | | |
| | 328 | Email: jingersoll@ycst.com | | |
| | 329 | | | |
| | 330 | | | |
| | 331 | | | |
| | 332 | | | |
| | 338 | | | |
| | 339 | | | |
| | 341 | | | |
| | 342 | | | |
| | 351 | | | |
| | 378 | | | |
| | 431 | | | |
| | 432 | | | |
| | 435 | | | |
| | 436 | | | |
| | 520 | | | |
| | 521 | | | |
| | 522 | | | |
| | 523 | | | |
| | 524 | | | |
| | 525 | | | |
| | 528 | | | |
| | 529 | | | |
| | 530 | | | |
| | 531 | | | |
| | 532 | | | |
| | 548 | | | |
| | 549 | | | |
| | 550 | | | |
| | 551 | | | |
| | 552 | | | |
| | 555 | | | |
| | 556 | | | |
| | 557 | | | |
| | 558 | | | |
| | 559 | | | |
| | 560 | | | |
| | 562 | | | |

| | | | | |
|---|---|---|---|---|
| 03-508 cont. | 594<br>595<br>689<br>779<br>793 | | | |
| **03-633** | 85<br>105<br>113<br>117<br>137<br>142<br>157<br>160<br>162<br>163<br>166<br>176<br>179<br>190<br>191<br>198<br>207<br>210<br>227<br>228<br>245 | **David Ellis Moore**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: dmoore@potteranderson.com | | |
| **04-145** | 3<br>7<br>8<br>15 | **Kathleen M. Miller**<br>Smith, Katzenstein, & Furlow<br>The Corporate Plaza<br>800 Delaware Ave.<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br>Email: kmiller@skfdelaware.com | | |
| **04-145** | 4<br>6<br>10<br>11 | **Daniel J. DeFranceschi**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Fax: 302 651 7701<br>Email: defranceschi@rlf.com | | |

| | | | | |
|---|---|---|---|---|
| **04-360** | 48<br>82<br>85<br>98<br>101<br>124<br>139<br>140<br>149<br>152<br>181<br>182<br>183<br>184<br>214<br>251<br>252<br>253<br>255<br>257-261<br>284<br>285<br>296 | **Maryellen Noreika**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: menefiling@mnat.com | | |
| **05-150** | 71 | **John Michael Herka**<br>SBI# 531922<br>DCC<br>1188 Paddock Road - 19-B-HC<br>Smyrna, DE 19947<br>PRO SE | | |
| **05-555** | 1-2 | **Anthony L. Gaines**<br>Anthony L. Gaines, Pro Se<br>1126 N. Heald Street<br>Wilmington, DE 19805<br>PRO SE | | |
| **05-578** | 5-B | **David C. Safford, II**<br>SBI# 252614<br>Plummer Community Corrections Center<br>38 Todds Lane<br>Wilmington, DE 19805<br>PRO SE | | |

| | | | | |
|---|---|---|---|---|
| **05-654** | 4-A | **Kyle Roane**<br>SBI #250352<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977<br>PRO SE | | |
| **05-851** | | **Robert W. Hassett, III**<br>SBI# 337363<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947<br>PRO SE | | |