**JJF Sealed Documents to be returned to Defendants**

| Case # | DI # | Contact Info. | Contact Y/N | Claimed |
|---|---|---|---|---|
| **01-11** | 56<br>72<br>74<br>75<br>76<br>88<br>94<br>110<br>140<br>153<br>154 | **Melanie K. Sharp**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6681<br>Fax: (302) 571-1253<br>Email: msharp@ycst.com | | |
| **01-127** | 172<br>179<br>199<br>222<br>238<br>239<br>240<br>277<br>287 | **Rodger Dallery Smith, II**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: rdsefiling@mnat.com | | |
| **02-228** | 6<br>8<br>10 | **William J. Marsden, Jr.**<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>Fax: (302) 652-0607<br>Email: marsden@fr.com | | |

| | | | | |
|---|---|---|---|---|
| **03-209** | 38<br>44<br>54<br>77<br>123<br>124<br>125<br>126<br>127<br>131<br>132<br>135<br>183<br>185<br>186<br>187<br>188<br>189<br>191<br>200<br>201<br>202<br>203<br>204<br>214<br>215<br>216<br>222<br>229<br>230<br>242<br>243<br>263<br>295<br>296<br>297<br>298<br>323 | **Steven J. Balick**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: sbalick@ashby-geddes.com<br><br><br><br><br><br><br><br> DI# 191 May be claimed by either party | | |

Note: entry "191" in the left sub-column is shown in red.

| **03-508** | 44<br>104<br>310<br>312<br>318<br>333<br>365<br>366<br>384<br>393<br>439<br>441<br>443<br>544<br>545<br>588<br>589<br>590<br>591<br>592<br>593<br>596<br>597<br>802<br>805 | **Karen Jacobs Louden**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: kjlefiling@mnat.com | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **03-508** | 88<br>112<br>117<br>118<br>313<br>314<br>316<br>334<br>335<br>336<br>346<br>347<br>348<br>357<br>358<br>385<br>386<br>387<br>388<br>389<br>390<br>400<br>406<br>445<br>446<br>447<br>448<br>449<br>450<br>451<br>452<br>454<br>455<br>456<br>457<br>458<br>459<br>460<br>461<br>463<br>464<br>465<br>468<br>469<br>472 | **Philip A. Rovner**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:<br>provner@potteranderson.com | | |

| | | | | |
|---|---|---|---|---|
| 03-508 cont. | 473-477<br><br>479-481<br>483-488<br>490-501<br>542<br>543<br>566<br>567<br>679-685<br>687<br>688<br>717<br>718<br>777 | | | |
| **03-633** | 101<br>103<br>111<br>114<br>115<br>120<br>121<br>129<br>133<br>141<br>145<br>170<br>172<br>173<br>181<br>182<br>183<br>185<br>199<br>202<br>208<br>218<br>241<br>326 | **John G. Day**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: jday@ashby-geddes.com | | |

| | | | | |
|---|---|---|---|---|
| **04-360** | 58<br>61<br>80<br>81<br>91<br>99<br>100<br>115<br>137<br>151<br>154<br>156<br>158<br>161<br>192-196<br>223<br>233<br>244<br>278-279<br>282-283 | **Paul E. Crawford**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>Fax: 302-658-5614<br>Email: pcrawford@cblh.com | | |