OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August   , 2007

Daniel J. DeFranceschi, ESQ.
Richards, Layton & Finger
defranceschi@rlf.com

RE: *In Re: Kaiser Aluminum etal v.  , et al.*
    Civ. No. **04-cv-00145-JJF**

Dear Counsel:

Pursuant to the Order entered on 7/19/2007 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS: 4,9,10,11.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents

on  8/1/07 .   _[signature]_
                Signature