OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

September 18, 2007

**Kathleen M. Miller**, ESQ.
Smith, Katzenstein, & Furlow
Email: kmiller@skfdelaware.com

RE: *In Re: Kaiser Aluminum etal v. , et al.*
Civ. No. **04-cv-00145-JJF**

Dear Counsel:

Pursuant to the Order entered on 7/19/2007 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS: 3,7,8,15.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on  9/18/07
    _____

Signature _____